# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **ZACHARY TAYLOR,** | : |
| **Petitioner-Plaintiff** | : |
| | : |
| v. | : 5:05-CV-74 (WDO) |
| | : |
| **CENTRAL STATE HOSPITAL, et al.,** | : |
| **Respondent-Defendants** | : |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to grant the Defendants' motions to dismiss. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court. This matter is DISMISSED WITH PREJUDICE.

**SO ORDERED this 28th day of June, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**